UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                              CHAPTER 13

TM GARRET SCHMID
CARMEN BROWN SCHMID                                          CASE NO. 23-10797-JDW

MOTION FOR COMPENSATION FOR ATTORNEY

1. Debtors filed a Petition for Relief under Chapter 13 of the U. S. Bankruptcy Code on or about March 15, 2023 in the United States Bankruptcy Court for the Northern District of Mississippi.

2. The undersigned attorney has performed a substantial amount of work in this case for the benefit of the Debtors.

3. There are funds being held by the Chapter 13 Trustee out of which are sufficient to pay a reasonable amount of attorney's fees.

4. Movant, Michael W. Boyd, requests the sum of Two Thousand Dollars and Zero cents from the funds on hand with the Chapter 13 Trustee as attorney's fees herein, considering the substantial amount of time expended in this case, as shown by the Court docket of this Court.

RESPECTFULLY SUBMITTED, this, the 7th day of August, 2023.

/s/ Michael W. Boyd
Michael W. Boyd, Attorney for Debtors

Michael W. Boyd, P.A.
Attorney at Law
PO Box 1586
Greenville, MS 38702-1586
662/332-0202
MS Bar No. 4216
boydlawoffice@yahoo.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                    CHAPTER 13

TM GARRET SCHMID
CARMEN BROWN SCHMID                                     CASE NO. 23-10797-JDW

## CERTIFICATE OF SERVICE

I, Michael W. Boyd, Attorney for the Debtors herein, do hereby certify that I have this day electronically filed the above and foregoing Motion for Compensation with the Clerk of the United States Bankruptcy Court using the ECF system which sent notification of such filing to the following:

> Office of the United States Trustee
> USTPRegion05.AB.ECF@usdoj.gov
>
> **Locke D. Barkley**
> **sbeasley@barkley13.com**

and I hereby certify that I have mailed by United States Postal Service the document to all creditors and other parties in interest.

This, the 7th day of August, 2023.

/s/ Michael W. Boyd
Michael W. Boyd, P.A.